PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00081-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| GORDON OWEN MILLER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on June 8, 2021. Docket No. 189. The government's response is due on June 18, 2021, with any reply from the defendant due on June 25, 2021. Docket No. 190.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a) The government's response to the defendant's motion to be filed on or before July 2, 2021;

b) The defendant's reply to the government's response to be filed on or before July 9, 2021.

IT IS SO STIPULATED.

Dated: June 18, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: June 18, 2021

/s/ JOHN BALAZS
JOHN BALAZS
Counsel for Defendant
GORDON OWEN MILLER

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 189, is due on or before July 2, 2021;

b) The defendant's reply to the government's response, if any, is due on July 9, 2021.

IT IS SO FOUND AND ORDERED this 21st day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE