PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GORDON OWEN MILLER,<br><br>Defendant. | CASE NO. 2:15-CR-00081-KJM-AC<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On August 28, 2023, the Government requested an extension of time to October 24, 2023, to file its response to the defendant's motion to vacate pursuant to 28 U.S.C. § 2255. ECF No. 203.

IT IS HEREBY ORDERED that the Government's request for an extension of time (ECF No. 203) is GRANTED. The Government's response is now due October 24, 2023.

DATED: September 8, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE