PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GORDON OWEN MILLER,<br><br>          Defendant. | CASE NO. 2:15-CR-00081-KJM-AC<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On December 15, 2023, the Government requested an extension of time to February 8, 2024, to file its response to the defendant's motion to vacate pursuant to 28 U.S.C. § 2255. ECF 207.

IT IS HEREBY ORDERED that the Government's motion for an extension (ECF No. 207) is granted. The Government's opposition filed on December 27, 2023 is deemed timely filed.

Dated: January 2, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE